UNITED STATES DISTRICT COURT
DISTRICT OF DELAWRE

| | |
|---|---|
| ROBIN BEULAH MORGAN, as an individual,<br><br>    Plaintiff,<br>vs.<br><br>ONLINE INFORMATION SERVICES, INC.; and DOES 1-10 inclusive,<br><br>    Defendant(s), | CASE NO. 1:24-cv-00743-UNA<br><br>REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Judge: Hon. Jennifer L. Hall |

<u>REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

 Please take notice that Plaintiff ROBIN BEULAH MORGAN by and through her undersigned counsel, enters this Request for Dismissal *without Prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure that the Complaint against ONLINE INFORMATION SERVICES, INC. and DOES 1-10 inclusive, and each and every count and claim asserted in this action against ONLINE INFORMATION SERVICES, INC. and DOES 1-10 inclusive. The parties have agreed to bear their own attorney's fees and costs.

 Respectfully submitted,

 This 26th day of September, 2024

                */s/ David Crumplar, Esquire*
                David Crumplar, DE #5876 10
                **JACOBS & CRUMPLAR, P.A.**
                10 Corporate Circle, Suite 301
                New Castle, DE 19720

- 2 -

(302) 656-5445
Davy@jcdelaw.com

*Attorneys for Plaintiff*

**DHF Law, P.C.**
Devin H. Fok (SBN: 256599)
2304 Huntington Drive
Suite 210
San Marino, CA 91108
888-651-6411
Fax: 818-484-2023
Email: devin@devinfoklaw.com